Alvin PATTERSON, Appellant,

v.

The STATE of Texas, Appellee.

No. 28808.

Court of Criminal Appeals of Texas.

Feb. 6, 1957.

No attorney for appellant of record on appeal.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is aggravated assault; the punishment, 60 days in jail and a fine of $25.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

Clarence Alton TATE, Appellant,

v.

The STATE of Texas, Appellee.

No. 28740.

Court of Criminal Appeals of Texas.

Jan. 9, 1957.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, upon a plea of guilty before the court, is for the felony offense of driving while intoxicated; the punishment, 10 days in jail and a fine of $350.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.